UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN - 3 2013
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION ) | |
| OF THE UNITED STATES OF AMERICA ) | |
| FOR AN ORDER AUTHORIZING ) | MISC. NO. 12-7 |
| A PEN REGISTER AND TRAP AND ) | |
| TRACE DEVICE ON CELLULAR ) | UNDER SEAL |
| TELEPHONE NUMBER (202) 270-4686 ) | |

## MOTION TO UNSEAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to unseal the applications, orders and related paperwork in the above-captioned case. As set forth in the Government's motion to seal the original application, granted by Magistrate Judge Deborah A. Robinson on January 6, 2012, and as set forth in the subsequent extension applications granted by the Court, sealing of the applications as well as the accompanying orders and related paperwork, was necessary in that it concerned and was part of a continuing investigation and its release at that time endangered the course and outcome of the investigation. Since the Court's Order of January 6, 2012, however, law enforcement officers have completed certain portions of the investigation previously in danger of spoliation.

**WHEREFORE**, the Government requests that this Honorable Court order that the above-captioned applications, orders and related paperwork be unsealed.

Respectfully submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY
DC Bar No. 447889

By: _____
OPHER SHWEIKI
DC Bar No. 458776
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, DC 20530
(202) 252-7695
opher.shweiki@usdoj.gov